**Stanley Lorenzo WILLIAMS,
Petitioner–Appellant,**

v.

**Dean WALKER, Superintendent of
Marion Correctional Institution,
Respondent–Appellee.**

No. 01–6605.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Stanley Lorenzo Williams, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Stanley Lorenzo Williams appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, although we grant Williams' motion to proceed in forma pauperis, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Williams v. Walker*, No. CA–00–393–1 (M.D.N.C. filed Mar. 21, 2001; entered Mar. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*